IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | <u>Gadsden v. Fanello</u> | : CIVIL NO. 1:CV-01-1122 |
| Inmate: | Kenyon Raheen Gadsden | : |
| ID Number: | 27821-083 | : |

FILED
SCRANTON

JUL - 3 2001

PER _____
DEPUTY CLERK

## ADMINISTRATIVE ORDER (HABEAS CORPUS CASE)

The habeas corpus petition filed by the individual identified above has been received without a filing fee or a motion to proceed <u>in forma pauperis</u>. This action may not proceed unless the petitioner, within thirty (30) days of the date of this order, either:

(1) tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount of $5.00; or

(2) files a properly completed application to proceed <u>in forma pauperis</u>.

A form application to proceed <u>in forma pauperis</u> is enclosed.

Failure to comply with the terms of this order within thirty (30) days will cause this case to be dismissed without prejudice.

MARY E. D'ANDREA
Clerk of Court

By: _____
Deputy Clerk

DATE: