⑤
7/6/0
~~~

1: CV-01-1122

Filing fee for
H/C petition

```
Thu Jul  5 14:00:00 2001

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.  111 134256
Cashier        jill

Tender Type  CHECK

Check Number: 1372

Transaction Type   N

DØ Code    Div No    Acct
  4667       1      086900

Amount        $    5.00

ROBERT RATLIFF 11331 GROOMS RD. CINC
INNATI, OH 45242

   FILING FEE FOR H/C PETITION IN 1:CV-
01-1122




   cn


Thu Jul  5 14:00:00 2001

Check No. 1372
Amount:     5.00
Pay to: Federal Reserve Bank or...
```

**FILED**
HARRISBURG

JUL 0 5 2001

MARY E. D'ANDREA, CLERK
Per
DEPUTY CLERK