(6)
7/6/
vky

```
General Depository for credit to
United States Treasury Symbol 4667

Thu Jul  5 14:01:28 2001

      UNITED STATES DISTRICT COURT

          SCRANTON      , PA

   Receipt No.   111 134257
   Cashier           jill

   Tender Type  CHECK

   Check Number: 1371

   Transaction Type   C

   Case No./Def No. 3:01-PB-1   /   1


   DØ Code    Div No      Acct
    4667        1        6855XX

   Amount           $     25.00

   SPADM ROBERT A. RATLIFF

   ROBERT A. RATLIFF 11331 GROOMS RD. S
   TE. 2000 CINCINNATI, OH 45242



        cn
```

1:CV-01-1122

Special Admission

FILED
HARRISBURG

JUL 0 5 2001

MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK