UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENYON RAHEEN GADSDEN, | : CIVIL ACTION NO. 1:01-1122 |
| Petitioner | : (KANE, J.) |
| v. | : (MANNION, M.J.) |
| JOHN FANELLO, Warden, | : |
| Respondent | : |

FILED
WILKES BARRE
SEP 27 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

O R D E R

On June 22, 2001, a petition for writ of habeas corpus was filed on behalf of the petitioner by Attorney Robert A. Ratliff of Cincinnati, Ohio. (Doc. No. 1). On the same day, Attorney Ratliff filed a motion for appearance pro hac vice. (Doc. Nos. 2 & 3). Upon review, the court discovered that Attorney Ratliff had failed to sign the motion for appearance pro hac vice. Based upon this discovery, on two (2) occasions, the latest being August 6, 2001, the court contacted Attorney Ratliff to notify him of the oversight and request that he submit a signed copy of the motion for appearance pro hac vice. As of the date of this order, Attorney Ratliff has failed to submit a signed copy of the motion for appearance pro hac vice.

Pursuant to the Federal Rules of Civil Procedure:

> Every pleading, written motion, and other paper shall be signed by at least one attorney of record in the attorney's individual name, or, if the party is not represented by an attorney, shall be signed by the party. Each paper shall state the signer's address and telephone number, if any. Except when otherwise specifically provided by rule or statute, pleadings need not be verified or accompanied by affidavit. An unsigned paper shall be stricken unless omission the

1

>       signature is corrected promptly after being
>       called to the attention of the attorney or
>       party.

See Fed.R.Civ.P. 11(a).

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

(1) within ten (10) days of the date of this order, Attorney Ratliff is directed to file a signed copy of the motion for appearance pro hac vice; and

(2) the failure of Attorney Ratliff to file a signed copy of the motion for appearance pro hac vice will result in the motion being stricken.

```
                                    MALACHY E. MANNION
                                    United States Magistrate Judge
```

Date: September 27, 2001

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

September 27, 2001

Re:  1:01-cv-01122    Gadsden v. Fanello

True and correct copies of the attached were mailed by the clerk to the following:

Robert A. Ratliff, Esq.
11331 Grooms Road
Suite 2000
Cincinnati, OH  45242

cc:
Judge                              ( )                          ( ) Pro Se Law Clerk
Magistrate Judge                   ( )                          ( ) INS
U.S. Marshal                       ( )                          ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:
                                       U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( ) with Petition attached & mailed certified mail
                                       to: US Atty Gen   ( )    PA Atty Gen ( )
                                           DA of County  ( )    Respondents ( )
Bankruptcy Court                   ( )
Other_____     ( )

MARY E. D'ANDREA, Clerk

DATE:  9-27-01                                BY: _____
                                                  Deputy Clerk