UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

KENYON RAHEEN GADSDEN,   : CIVIL ACTION NO. 1:01-1122
    Petitioner              : (KANE, J.)
    v.                      : (MANNION, M.J.)
JOHN FANELLO, Warden,    :
    Respondent              :

FILED
SCRANTON
OCT 11 2001
PER _____
DEPUTY CLERK

**O R D E R**

Upon consideration of the motion for appearance on behalf of petitioner, *pro hac vice*, (Doc. No. 8), **IT IS ORDERED THAT** the motion is **GRANTED**.

_____
MALACHY E. MANNION
United States Magistrate Judge

Dated: October 9, 2001

1