# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENYON RAHEEN GADSDEN, : | |
| Petitioner : | CIVIL ACTION NO. 1:01-1122 |
| v. : | (KANE, J.) |
| JOHN FANELLO, Warden, : | (MANNION, M.J.) |
| Respondent : | |

FILED
WILKES BARRE
JUL 2 2 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## ORDER

On June 22, 2001, the instant action titled "Motion to Vacate and Modify Petitioner's Sentence Pursuant to 28 U.S.C. § 2241", along with a memorandum of law, were filed with the court on behalf of the petitioner. (Doc. Nos. 1 & 2). A certificate of service indicates that the Office of the United States Attorney was served with a copy of these documents via United States Mail on June 21, 2002.

**NOW, THEREFORE, IT IS ORDERED THAT:**

(1) Respondent shall show cause within twenty (20) days of the date of this order why the petitioner should not be granted habeas corpus relief;

(2) A determination as to whether or not the petitioner shall be produced for a hearing will be held in abeyance pending the filing of a response; and

(3)  Petitioner shall, if he so desires, file a reply to the response to the show cause order within fifteen (15) days of its filing.

_____
MALACHY E. MANNION
United States Magistrate Judge

Dated:  July 22, 2002