ORIGINAL

## ROBERTS, SHIELDS & GREEN, P.C.
ATTORNEYS AT LAW

JAMES V. ROBERTS, JR
RICHARD E. SHIELDS
JON A. GREEN *
THOMAS G. F. LANDRY
ROBERT A. RATLIFF **

* ALSO ADMITTED IN MISSISSIPPI & TEXAS
** ADMITTED IN OHIO ONLY

160 ST. EMANUEL STREET

**MOBILE, ALABAMA 36602**

In Historic Fort Conde Village

TELEPHONE (251) 432-1656
FACSIMILE (251) 432-3357

MAILING ADDRESS

POST OFFICE BOX 2353
MOBILE, ALABAMA 36652-2353

October 16, 2002

Clerk of Court
Attention:     Shawna Cihak
Federal Building
228 Walnut Street, Room 1060
Harrisburg, PA 17108

FILED
HARRISBURG, PA
OCT 24 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

    Re:    Kenyon Gadsden
           Case No.: 1:01-CV-1122

Dear Ms. Cihak,

   It was a pleasure speaking with you today regarding Mr. Gadsden. As we discussed, Mr. Ratliff has recently moved. His new address is as listed above. If you have any questions please do not hesitate to call.

   Thank you for your assistance in this matter.

                                                  Sincerely,

                                                  Tracy McDonald
                                                  Tracy L. McDonald
                                                  Secretary to Robert A. Ratliff
                                                  Attorney at Law

/tlm