# ORIGINAL ~to c~

FILED

JUL 2 1 2003

PER _____
HARRISBURG, PA.    DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

KENYON RAHEEN GADSEN,                    *    Civ. No. _____

      Petitioner,                         *
                            *   01-CV-1122 J.(Car~

        -vs-                             *    Crim Nos.96-CR-182

JOHN FANELLO,                            *    From the District Court
Warden, USP Allenwood,                        For the Eastern District
      Respondent.                        *    of Virginia

               *    *    *    *    *    *    *

## MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE REPORT AND RECOMMENDATIONS OF THE MAGISTRATE

---

COMES NOW, the Petitioner herein, Kenyon Gadsen, by and through counsel, who moves this Honorable Court for additional time to prepare objections to the Report and Recommendation of the Magistrate.

The Magistrate Report was entered on June 30, 2003. Counsel received a copy of the report on July 3, 2003.

Counsel will be appearing in Court in Cleveland, Ohio the week of July 7th, 2003. Counsel will also be appearing in Court in Providence, Rhode Island, the week of July 14th, 2003.

By calculation of counsel, excluding weekends, and holidays, Petitioner's objections are currently due on or before July 15, 2003. Counsel would respectfully request a 14 day extension to allow objections to be filed, on or before, July 29, 2003.

Respectfully Submitted,

By: _____
Robert A. Ratliff
Attorney for Petitioner
P.O. Box 2353
Mobile, AL 36652
(251) 432-1656

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion and Memorandum of Law appended hereto has been sent this _2_ day of _____, 2003, by regular U.S. Mail with sufficient postage affixed thereto to insure delivery thereof to:


David Barasch
Assistant U.S. Attorney
Federal Building
228 Walnut Street
Harrisburg, PA 17108

John Fanello
Warden
USP Allenwood
601 Liberty Street
White Deer, PA 17887

_____
Robert A. Ratliff
Attorney for Petitioner

2