OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

**MARY E. D'ANDREA**
Clerk of Court

(717) 221-3920
FAX  (717) 221-3959

RECEIVED MAILROOM
NOV 1 2 2003
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

November 7, 2003

Norman H. Meyer, Jr., Clerk
U.S. District Court
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314-5798

RE: Kenyon Raheen Gadsden v. John J. Fanello, Warden USP Allenwood
M.D. of PA No. 1:CV-01-1122

Dear Mr. Meyer,

Pursuant to Judge Kane's Order dated November 7, 2003, this case was transferred to your court. I am enclosing the case file, along with a certified copy of the docket and this Court's transfer order.

Kindly acknowledge receipt of the file on the copy of the letter provided. Thank you for your assistance in this matter.

Very truly yours,

MARY E. D'ANDREA

Shawna L. Cihak
Deputy Clerk

**RECEIPT**

Acknowledge receipt of above on this _14th_ day of _November 2003_.

Signed: _Marian Newton, Deputy Clerk_
US District Court, EDVA, Norfolk Division
600 Granby Street
Norfolk, VA 23510

FILED
HARRISBURG
NOV 20 2003
MARY E. D'A[NDREA]
Per _____