**FILED**
HARRISBURG, PA

DEC 0 1 2003

MARY E. D'ANDREA, CLERK
Per _____
   Deputy Clerk

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Norman H. Meyer, Clerk
U.S. District Court
401 Courthouse Square
Alexandria, VA. 22314-5798

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Brian Skuson
C. Date of Delivery: 10-10-03

D. Is delivery address different from item 1?  ☐ Yes  ☒ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

7002 2410 0001 2371 3331    Case No. 01-1122 Kane

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

1 of 1